# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO,** | Case No. 2:14-cv-07389-JAK-RZ |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | **JS-6** |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this 11th day of March, 2015.

_____
The Honorable John A. Kronstadt